**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-12

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12. XUAN BUI,
    a/k/a "Uncle Sonny,"

    Defendant.

---

**MINUTE ORDER**[1]

---

On **August 4, 2011**, commencing at 9:00 a.m., the court shall conduct a hearing on the **Joint Motion For A Complex Case Designation Pursuant To 18 U.S.C. § 3161(h)(8)(B)(ii)** [#1739] filed July 21, 2011.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  July 22, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.