**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                  July 27, 2012

Courtroom Deputy:  Nel Steffens
Court Reporter:    Tracy Weir
Probation Officer: Katrina Devine

**Criminal Action No.  07-cr-00429-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Guy Till

    Plaintiff,

v.

12.  XUAN BUI,                                Clifford Barnard

    Defendant.

**SENTENCING MINUTES**

**3:14 p.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:

    - **Defendant Bui's Motion for Variant Sentence** [#1813] filed July 13, 2012, is **GRANTED**;

    - the **Government's § 5K1.1 Motion for Downward Departure Based on Substantial Assistance** [#1817] filed July 19, 2012, is **GRANTED**;

    - the **Government's Motion for Third Point for Acceptance of Responsibility** [#1818] filed July 20, 2012, is **GRANTED**;

    - the government's **Motion To Dismiss Remaining Counts of the Amended Superseding Indictment and the Superseding Indictment as to Defendant Xuan Bui** [#1819] filed July 20, 2012, is **GRANTED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count 1 of the Information and on Count 21 of the Amended Superseding Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment

and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **thirty (30) months** on Count 1 of the Information and on Count 21 of the Amended Superseding Indictment, to be served concurrently;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **one year** on Count 1 of the Information and on Count 21 of the Amended Superseding Indictment, to be served concurrently;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of $200.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That presentence confinement credit shall be determined by the Bureau of

        Prisons under 18 U.S.C. § 3585;

11. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of California, preferably to Terminal Island; and

12. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**3:55 p.m.     Court in recess.**

Total time in court:   00:41

Hearing concluded.